UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maaco Franchisor SPV LLC

                        Plaintiff,

v.                                              Case No.: 1:19−cv−07757
                                              Honorable Charles P. Kocoras

Albitouni Inc, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 12, 2020:

      MINUTE entry before the Honorable Susan E. Cox: Telephone status hearing set for 11/16/2020 at 10:00 a.m. before Judge Cox to schedule a settlement conference. Conference call in number is (888)684−8852. Passcode is 1664086. Counsel shall dial in to the conference call number 5−10 minutes before the hearing begins and mute their microphones until their case is called. The parties may disconnect from the conference call after their case is heard. Counsel that appears for this pre−settlement conference discussion must be counsel who will represent their respective clients at the conference or are able to discuss the issues of the case and to schedule the conference on behalf of their clients. The Court expects counsel to discuss issues in the case that may affect the settlement process. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.