

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   David R. Sweis

Firm   Sweis Law Firm, P.C.

Street Address   53 W, Jackson Blvd., Ste. 1001

City/State/Zip Code Chicago, IL 60104

Phone Number   (630) 575-8505

Email address  David@sweislaw.com

ARDC (Illinois State Bar members, only)  6293914

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 19-cv-7757 | Maaco v. Albitouni, Inc. | Charles P. Kocoras |
| 18-cv-7325 | Fermaint v. Planet Home Lending | John J. Tharp, Jr. |
| 20-cv-3625 | G&N Food & Liquor v. USDA | John J. Tharp, Jr. |
| 18-cv-1947 | Iqbal v. Khan | Charles R. Norgle, Sr. |
| 20-cv-350 | SREAM, Inc. v. Lombard Fuel | Sheila F. Finnegan |
| 20-cv-2010 | Reda v. Nationstar | Charles P. Kocoras |
| 19-cv-4637 | Sullivan v. Lavieri | John R. Blakey |

/s/David R. Sweis                                      December 29, 2020
Signature of Attorney                                  Date

Rev. 01272016