## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Maaco Franchisor SPV LLC

                                Plaintiff,

v.                                                          Case No.: 1:19−cv−07757
                                                           Honorable Charles P. Kocoras

Albitouni Inc, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 22, 2021:

      MINUTE entry before the Honorable Susan E. Cox: Settlement conference held 2/22/2021. Case did not settle. By close of business 2/23/2021, Defendants are to provide Plaintiff with a letter detailing exactly what supporting financial documents they can turn over by 3/16/2021. Those documents are then to be provided to Plaintiff by 3/16/2021. Exactly what businesses the documents relate to shall be identified for Plaintiff. The parties have agreed that in the weeks following this turn−over of documents, they will ask/answer any questions during this time to help Plaintiff determine whether a continued settlement conference is worthwhile. The parties can also discuss amongst their counterpart counsel about the completeness of the records or whether additional records are needed to engage in this calculus. The parties may also use the Court to facilitate these discussions if necessary. (If so, the parties can email Judge Cox's law clerk, Kelly Fox, at kelly_fox@ilnd.uscourts.gov and cc the other side.) Telephonic status set for 3/30/2021 at 9:30 a.m. Call in information is 888−684−8852 and the passcode is 1664086. Counsel shall dial in to the conference call number 5−10 minutes before the hearing begins and mute their microphones until their case is called. The parties may disconnect from the conference call after their case is heard. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.